IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

STEWART TITLE GUARANTY COMPANY                                PLAINTIFF

VS.                          CIVIL ACTION NO. 5:07-CV-199 (DCB) (JMR)

J. ALLEN DERIVAUX, JR.                                        DEFENDANT

ORDER

This cause is before the Court on the defendant's Motion to Exclude the Expert Testimony of Lucien C. Gwin, Jr., Esq. **(docket entry 56).** Having carefully considered the motion and response, and being otherwise fully advised in the premises, the Court finds as follows:

The defendant, J. Allen Derivaux, Jr., in his reply to plaintiff's response to the motion to exclude the expert testimony of Lucien C. Gwin, Jr., Esq., has withdrawn his motion to exclude expert testimony. Accordingly,

IT IS HEREBY ORDERED that the defendant's Motion to Exclude the Expert Testimony of Lucien C. Gwin, Jr.,Esq. **(docket entry 56)** is moot.

SO ORDERED, this the 3rd day of June, 2009.

/s/ David Bramlette
United States District Judge